# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE INTEREST OF: J.M.C., A MINOR : No. 753 MAL 2016
:
:
PETITION OF: COMMONWEALTH OF : Petition for Allowance of Appeal from
PENNSYLVANIA : the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.